AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |
|---|---|
| Terrell Addison<br>*Plaintiff*<br>v.<br>SCDC; Lt. Albert L. Mack; Sgt. Monique Steward;<br>OFC Mack Risher; OFC Terrance Jackson; OFC<br>Jones; Ofc Green; OFC Bradly; Jennifer Scott, et al<br>All in,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    0:13-cv-00744-DCN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Terrell Addison, shall take nothing of the defendant; SCDC, from the complaint filed pursuant to
42 U.S.C. § 1983 and this action is dismissed without prejudice.

■ other: the plaintiff, Terrell Addison, shall take nothing of the defendants, Lt. Albert L. Mack, Sgt. Monique
Steward, OFC Mack Risher, OFC Terrance Jackson, OFC Jones, Ofc Green, OFC Bradly, and Jennifer Scott, as to the
complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice for lack of prosecution.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, adopting the
Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which
dismissed the complaint without prejudice as tp defendant SCDC.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, accepting the Report and
Recommendations set forth by the Honorable Paige J. Gossett, United States Magistrate Judge which dismissed this
action for lack of prosecution.

Date:   February 4, 2014                                *CLERK OF COURT*

                                                        s/A. Buckingham
                                        _____
                                                *Signature of Clerk or Deputy Clerk*