AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Terrell Addison | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    0:13-cv-00744-DCN |
| SCDC; Lt. Albert L. Mack; Sgt. Monique Steward; OFC Mack Risher; OFC Terrance Jackson; OFC Jones; Ofc Green; OFC Bradly; Jennifer Scott, et al All in, | ) ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Terrell Addison, shall take nothing of the defendant; SCDC, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

■ other: the plaintiff, Terrell Addison, shall take nothing of the defendants, Lt. Albert L. Mack, Sgt. Monique Steward, OFC Mack Risher, OFC Terrance Jackson, OFC Jones, Ofc Green, OFC Bradly, and Jennifer Scott, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice for lack of prosecution.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice as tp defendant SCDC.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, accepting the Report and Recommendations set forth by the Honorable Paige J. Gossett, United States Magistrate Judge which dismissed this action for lack of prosecution.

Date:   February 4, 2014                                                *CLERK OF COURT*

                                                                         s/A. Buckingham
                                                                         *Signature of Clerk or Deputy Clerk*